```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYRA CASTILLO,

                Plaintiff,

-against-

CAROLYN W. COLVIN, Acting
Commissioner of Social Security

                Defendant.

13 Civ. 5089 (AT)(MHD)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      On July 22, 2013, Plaintiff, Maya Castillo, filed this action under 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for disability insurance benefits. On August 2, 2013, the Court referred the matter to Magistrate Judge Michael H. Dolinger. The parties subsequently cross-moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

      After careful consideration, Magistrate Judge Dolinger issued a Report and Recommendation (the "R & R"), proposing that Defendant's motion be denied, Plaintiff's motion be granted in part, and the case be remanded to the Commissioner for further administrative consideration. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *E.g., Molina v. Colvin*, 13 Civ. 4701, 2014 WL 3925303, at *1 (S.D.N.Y. Aug. 7, 2014). The Court finds no clear error.

      Accordingly, the Court ADOPTS the R & R in its entirety. Defendant's motion is DENIED and Plaintiff's motion is GRANTED in part. Pursuant to § 405(g), the case is REMANDED to the Commissioner for further proceedings consistent with the R & R.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 12, 14 and 16 and to close the case.

      SO ORDERED.

Dated: September 8, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge